## No. 14,086.

ISOM *v.* ISOM.
(73 P. [2d] 1408)

Decided November 15, 1937.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Hilliard, Mr. Justice Bakke and Mr. Justice Holland participating.

Mr. HARRY C. GREEN, for plaintiff in error.

No appearance for defendant in error.